# EXHIBIT 1

# Develop a :30 Pepsi TVC for Superbowl


**Mandatories**

- **Entertaining**
- **Joyous**
  - Pepsi should spread joy in the spot; Pepsi is the source of joy
- **Humorous**
  - Ideally with a fun, unexpected and/or clever wink at the end
- **About Pepsi**
  - Clear role of the brand; without Pepsi, the story would not work
- **Keep it simple**
  - Simple ideas/stories

**Considerations**

- **Music:** Music is part of Pepsi's DNA so consider its role within the spot; option to use Joy of Pepsi if it helps

- **Contextual relevance:** Option to use spot as a lead-in to the HTS (should then bring the viewer to Levi's stadium prior to Halftime)

- **Tagline:** Should work with no tagline


**Brand**

- **Brand Essence:** The Spirit of Youth

- **Brand Role:** Pepsi sparks the joy of shared experiences

PLAINTIFF'S EXHIBIT NO. 1 FOR IDENTIFICATION DATE: 10/3/18 RPTR: KA

BETTY00044