# EXHIBIT 5

PLAINTIFF'S
EXHIBIT NO. 5
FOR IDENTIFICATION
DATE: 10/3/18    RPTR: KA
PENGAD 800-631-6989







# SUPER BOWL
# :30 TVC CONCEPTS

🌐 **the**marketing**arm**

*11.06.2015*

Confidential

# OVERVIEW

• • • • • • • • • • • • • • • • • • • •

- Pepsi is the source of joy
- Fun, unexpected, clever wink at the end
- Clear role of the brand
- Simple is key
- Music as part of Pepsi DNA
- No tagline necessary
- TVC :30 (recommend longer for digital :60/:90)

Confidential



Confidential


There is no greater expression of joy than dance. Pepsi has a rich connection to the art of dance from Michael Jackson to Britney Spears to Beyonce to Bruno Mars. This spot will build Pepsi's "Joy of Cola" from a jingle to an anthem, showcasing 50 years of Pepsi inspiring people to dance. We'll also show off the brand heritage from the cursive logo to the modern day Pepsi globe, all the while set against the changing historical backdrop of each era.

## *HOW WOULD THIS WORK?*

- **OPTION 1**
  Talent deal with Christopher Walken, legendary actor and incredible dancer, who will walk us through a dance timeline of over 50 years in 30 seconds. If you haven't watched his Fatboy Slim video in awhile, I suggest you revisit it: https://www.youtube.com/watch?v=wCDIYvFmgW8

- **OPTION 2**
  Talent deal with multiple iconic dance talent: Christopher Walken, Napoleon Dynamite, Pee-Wee Herman, Kevin Bacon, Channing Tatum, etc.

- **OPTION 3**
  Variety of dance talent capable of showcasing all of the iconic moves from each era. We'll move through one continuous set with art direction that transforms to reflect each era.
  *NFL Calendar:* https://www.youtube.com/watch?v=ouaGHa0Tiol
  *AT&T Wes Anderson:* https://www.youtube.com/watch?v=C2zn-8KAiro

- For a sense of just how much fun something like this can be, check out the below compilation of the greatest movie dance moments. *Movie Dance Compilation:* https://www.youtube.com/watch?v=9I5TrAXScbE

- The other option is to license music from each era and create a mash-up.








**PEPSI | "JOY OF DANCE" | TV :30 / DIGITAL :60**

Camera is locked off and giant circular set rotates left to right as if on a giant "LAZY SUSAN"

INT. 1950s DINER. **CHRISTOPHER WALKEN**, dressed smartly in a 50s style suit with a skinny tie, cracks open an ice-cold Pepsi in a vintage glass bottle and takes a drink.

*MUSIC UP:    JOY OF PEPSI ANTHEM – Doo-wop style (:05)*

YOUNG AMERICAN GRAFFITI-ERA CO-EDs appear around WALKEN as they all dance the jitterbug together. The set rotates to reveal a new backdrop…

MUSIC:    JOY OF PEPSI ANTHEM – Motown / Rock N' Roll style (:05)

EXT. 1960s DETROIT. WALKEN is surrounded by classic cars and dances the twist with WOMEN in sequin dresses. He grabs a 1960s-era Pepsi and takes a sip. The set rotates to reveal a new backdrop…

*MUSIC:    JOY OF PEPSI ANTHEM – Disco style (:05)*

INT. 1970s DISCO. WALKEN is surrounded by men in bellbottoms and women on roller skates. He channels Travolta in Saturday Night Fever as someone hands him a 1970s era Pepsi bottle. The set rotates to reveal a new backdrop…

*MUSIC:    JOY OF PEPSI ANTHEM – 80s Michael Jackson style (:05)*

EXT. DARK ALLEY. WALKEN is surrounded by 1980s "CRIMINALS" and does his best Michael Jackson moves. A 1980s Pepsi machine glows in the background. The set rotates to reveal a new backdrop…

*MUSIC:    JOY OF PEPSI ANTHEM – 90s/00s Dance (:05)*

EXT. MODERN HOUSE PARTY. WALKEN is surrounded by present day millennials, he's on the dance floor doing some pop-and-lock. Someone hands him a modern-day Pepsi, he wipes his brow and takes a long, refreshing drink.

Camera cranes up and reveals the entirety of this amazing set. From above, we now see that the giant circular set forms the shape of the PEPSI GLOBE *(each setting w/ art direction and wardrobe in red, white or blue such that the colors of the globe match the logo).*

END CARD:  PEPSI GLOBE SET morphs into PEPSI GLOBE LOGO





Confidential



CONCEPT 2: **THE BLUE WEDDING**

Confidential

Cracking open a Pepsi can bring joy to even the gloomiest of occasions. This spot spoofs a common cliche occurring in premium cable dramas: the crazy climax where major characters meet their demise. Playing off the look, feel and story beats of HBO's Game of Thrones, the setting for our story is a medieval wedding where the characters themselves sense that something very bad is about to happen, but this time Pepsi rewrites the ending to great comedic effect.



Confidential


**PEPSI** | **"BLUE WEDDING"** | **TV :30 / DIGITAL :60**

*MUSIC UP:   Medieval minstrel instrumentals*

Open on a large wedding feast inside a castle banquet hall. It's dimly lit and gloomy. A band of minstrels play music from the upper stands as men and women feast on turkey legs and mush. A nefarious-looking old man, the **HOST**, rises from his chair on the dais in front of all his guests. He raises his hand and addresses a **YOUNG ROYAL COUPLE** and their party at the main table in the center of the room…

**HOST:**          **Your Grace, on this joyful night among friends, I feel I have not shown you the hospitality a king as great as yourself deserves.**

          *(Sinister)* **In honor of you and your new Queen, I have a special wedding gift for you--**



A knight in dark armor shuts the hall's only exit as a treacherous tension fills the room. The guards all draw their swords as the HOST reaches towards his sword belt, but rather than unsheathing his weapon, he yanks the tablecloth, not disturbing a single plate or glass, from his table to reveal <u>HUNDREDS OF CANS OF ICE-COLD PEPSI</u> stacked neatly underneath.

**HOST:**          **--ALL THE PEPSI YOU CAN DRINK!**

*MUSIC UP:          1980s hit "Safety Dance" by Men Without Hats*

The <u>entire castle hall erupts in joy</u> and everybody begins dancing as music starts playing again. One of the minstrels above whips away a sheet, revealing a medieval-looking DJ table. QUICK CUTS between various shots of guests enjoying themselves:

- KNIGHT IN ARMOR doing the robot
- A JESTER pops out of a barrel of potatoes holding two Pepsi bottles
- AN OLD LADY does impossibly nimble and athletic jumping dance moves
- MINSTREL does a sick solo on his medieval lute
- A GIANT comes in dragging more cases of Pepsi



GFX:          MEDIEVAL LOOKING PEPSI GLOBE

BUTTON: Two wedding guests stand at the edge of the dance floor, drinking Pepsi and conversing…

**GUEST:**          **This is way better than the last wedding I went to…**

Confidential



# CONCEPT 3: **MISERABLE FOCUS GROUP**





Confidential

Pepsi has been bringing joy to millions of people for over 100 years. But can it bring joy to those who don't feel it? One classic ad convention is putting products through extreme tests, so we're going to put Pepsi to the ultimate test and see if it can truly bring joy to even the most miserable people on the planet.





Confidential


## PEPSI | "MISERABLE FOCUS GROUP" | TV :30 / DIGITAL :60

Open on a spacious room with a mirror on the wall and sign that reads "MISERABLE PEOPLE FOCUS GROUP."
A MODERATOR addresses the room.

**MODERATOR:** OK guys, we're going to show you some things to see what brings you joy. Sound good?

CUT TO REVEAL **COACH BOB KNIGHT, EBENEZER SCROOGE, EMINEM, THE WICKED WITCH**, and **GRUMPY CAT**
all scowling at the moderator.

**MODERATOR:** Right... so let's get started.

MUSIC UP: Energetic, upbeat, feel-good montage music



CUE MONTAGE of the MODERATOR attempting to get a joyful response out of the group:
- A ROBOTIC TOY is put on the table and it starts dancing to the music. It's entertaining to watch yet the group couldn't look any more miserable.
- MODERATOR borrows SCROOGE'S top hat and pulls a rabbit out of it. SCROOGE spits on the floor and says "Humbug!"
- ELLEN DEGENERES walks through the door, cheerful as can be, sees the group's faces, turns on a dime and walks right back out in one continuous stroll.
- The MODERATOR walks into the room with a stroller. Adorable Bernese Mountain puppies pop their heads out from it, but no one cares.



Fed up, BOB KNIGHT throws a chair at the mirror, which shatters and reveals researchers behind it drinking BOTTLES OF ICE-COLD PEPSI. Smiles overtake the group's faces. The researchers have an AHA moment after looking at their BOTTLES OF PEPSI.

CUT TO everyone drinking PEPSI together, having a great time. BOB KNIGHT'S doing the worm on the floor; EMINEM and the WITCH are playing ping-pong doubles on the table against the RESEARCHERS; and SCROOGE is holding GRUMPY CAT, spinning in circles with a huge smile on his face.

GFX: PEPSI GLOBE



PEPSI0000148

# THANK YOU



Confidential

PEPSI0000149