# EXHIBIT 9

# pepsi



## SUPER BOWL
## :30 TVC CONCEPTS



the arm

11.09.2015

HIGHLY CONFIDENTIAL

PEPSI0000190

## OVERVIEW

- Pepsi is the source of joy
- Fun, unexpected, clever wink at the end
- Clear role of the brand
- Simple is key
- Music as part of Pepsi DNA
- No tagline necessary
- TVC :30 (recommend longer for digital :60/:90)

HIGHLY CONFIDENTIAL

PEPSI0000191

# CONCEPT 1: **THE JOY OF DANCE**



HIGHLY CONFIDENTIAL
PEPSI0000192

There is no greater expression of joy than dance. Pepsi has a rich connection to the art of dance from Michael Jackson to Britney Spears to Beyonce to Bruno Mars. This spot will follow Pharrell Williams through three different iconic eras, showcasing 50 years of Pepsi inspiring people to dance. We'll also show off the brand heritage from the cursive logo to the modern day Pepsi globe, all the while set against the changing historical backdrop of each era.

## TALENT

The spot works best with a charismatic celebrity who can dance at its center. We have chosen Pharrell as our lead example, but we think there are many other male celebs who work well, including Justin Timberlake and even Jim Parsons (CBS star).

## MUSIC

The spot works with either JOY OF COLA or a mash-up of more recognizable licensed tracks. We've chosen the latter for the scripted example, but there is flexibility here as well.





HIGHLY CONFIDENTIAL
PEPSI0000193

PEPSI | "JOY OF DANCE" | TV :30

Open on a 1950s style jukebox. A vinyl record with a Pepsi Globe in the center drops onto the turntable. The needle hits the wax.

MUSIC UP: Elvis Presley // Jailhouse Rock

Cut wider and we see the back of **PHARRELL**, dressed in white suit with a skinny tie, facing the jukebox and taking a long sip from a vintage glass Pepsi bottle.

He spins around as we pull back, 1950s dancers come in from all sides, and we see we're in a pristine white diner. Everyone dances perfectly in the twists and jive of the era.

**PHARRELL** finds his way to the door of the diner and exits into... a dark wet alley, lit only by a few red street lights and a 1980s style Pepsi vending machine.

MUSIC CHANGE: Michael Jackson // Billie Jean

He now has a sequin glove and a black fedora. Each step he takes illuminates the ground beneath him. Rival street gangs, half in red and half in blue, appear all around him and move in unison, mimicking MJ's unmistakable spins and thrusts.

**PHARRELL** kicks open a door on the opposite brick wall of the alley and enters into... a modern-day nightclub, lit by pulsing cool blue light.

MUSIC CHANGE: Pharrell // Happy

Present day millennial crowd surrounds him as he dances. Someone hands him a modern day bottle of Pepsi, he wipes his brow and takes a long, refreshing drink.

Camera cranes up high above the entire set, revealing that the white diner, red alley and blue nightclub combine to form a perfect PEPSI GLOBE.







## CONCEPT 2: THE BLUE WEDDING

HIGHLY CONFIDENTIAL

PEPSI0000195

Cracking open a Pepsi can bring joy to even the gloomiest of occasions. This spot spoofs a common cliche occurring in premium cable dramas: the crazy climax where major characters meet their demise. Playing off the look, feel and story beats of HBO's Game of Thrones, the setting for our story is a medieval wedding where the characters themselves sense that something very bad is about to happen, but this time Pepsi rewrites the ending to great comedic effect.



HIGHLY CONFIDENTIAL
PEPSI0000196



## PEPSI | "BLUE WEDDING" | TV :30

MUSIC UP:   Medieval minstrel instrumentals

Open on a large wedding feast inside a gloomy castle banquet hall. A **YOUNG KING** and **QUEEN** are being celebrated. A nefarious old **HOST** rises from his chair and signals his menacing guards to reveal a magnificent statue of the KING charging a <u>giant</u>, roaring lion. It feels like a setup.

MUSIC STOPS

**QUEEN:**   (naive) **What a beautiful wedding gift. We have something for you too.**

Two BANNERMEN bring forth a large CHEST.

**QUEEN:**   **All the Pepsi you can drink!**

The chest is opened revealing HUNDREDS OF CANS OF ICE-COLD PEPSI. Everyone cheers. As guests grab PEPSI from the CHEST, a man crawls halfway out of the lion's mouth.

**STEVE:**   (holding a dagger) **Did you say Pepsi?**

**KING:**   **And you are?**

**STEVE:**   **Steve. Hired ambusher. I'm having second thoughts though.**

Seconds later another man jumps out from a barrel of grain, clutching an axe and yelling.

**STEVE:**   **Ambush is off, Rob. They brought Pepsi.**

ROB nonchalantly brushes grain off his clothes and grabs a PEPSI. Everybody turns towards the old HOST who smiles nervously. Then the KING'S men draw their weapons.

GFX:   MEDIEVAL PEPSI GLOBE








## PEPSI | "MEDIEVAL WEDDING CRASHERS" | TV :30

MUSIC UP AND UNDER: Medieval minstrel instrumental

Open on a large wedding feast inside a castle banquet hall. Two medieval men, **VINCE VAUGHN** and **OWEN WILSON**, sneak in through a back door and sit at an empty table.

OWEN: Great idea to crash this wedding!

VINCE: And look what I brought!

VINCE VAUGHN opens a satchel to reveal it's filled to the brim with ICE-COLD CANS OF PEPSI.

VINCE: What could go wrong?

MUSIC STOPS.
The castle guards draw their weapons on the YOUNG ROYAL COUPLE in the center of the room.

CASTLE LORD: You were supposed to marry my daughter! Now it's time to pay the price.

SFX: PEPSI CAN BEING OPENED (TSKH!)

OWEN: (O.C.) Wow! Relax guys!

Everyone looks to the back of the room. CUT TO OWEN and VINCE.

OWEN: It's a party. Let's have some fun!

OWEN and VINCE start tossing CANS OF PEPSI to the guards and guests.

OWEN: Waddaya say?

The LORD drinks some PEPSI and looks joyful. CUT TO VINCE VAUGHN and OWEN WILSON getting tossed into a dungeon. CUT BACK TO party above. Everyone is having a good time now. The KING and the HOST share a friendly hug. People are dancing in the background.

GFX: PEPSI GLOBE
SUPER: Share some joy.

BUTTON:
In the dungeon, VINCE and OWEN look off camera towards the adjacent cell.
VINCE: What are you in for?

CUT TO reveal PETER DINKLAGE.
DINKLAGE: Oh, you know. Family troubles.





HIGHLY CONFIDENTIAL

# THANK YOU



HIGHLY CONFIDENTIAL
PEPSI0000199