# EXHIBIT 35





# SUPER BOWL
# :30 TVC CONCEPTS



11.06.2015


Confidential
PEPSI0000020

# OVERVIEW

- Pepsi is the source of joy
- Fun, unexpected, clever wink at the end
- Clear role of the brand
- Simple is key
- Music as part of Pepsi DNA
- No tagline necessary
- TVC :30 (recommend longer for digital :60/:90)

Confidential

PEPSI0000021

# CONCEPT 1: THE JOY OF DANCE

Confidential

PEPSI0000022



There is no greater expression of joy than dance. Pepsi has a rich connection to the art of dance from Michael Jackson to Britney Spears to Beyonce to Bruno Mars. This spot will build Pepsi's "Joy of Cola" from a jingle to an anthem, showcasing 50 years of Pepsi inspiring people to dance. We'll also show off the brand heritage from the cursive logo to the modern day Pepsi globe, all the while set against the changing historical backdrop of each era.



### HOW WOULD THIS WORK?

- **OPTION 1**

  Talent deal with Christopher Walken, legendary actor and incredible dancer, who will walk us through a dance timeline of over 50 years in 30 seconds. If you haven't watched his Fatboy Slim video in awhile, I suggest you revisit it: https://www.youtube.com/watch?v=wCDIYvFmgW8

- **OPTION 2**

  Talent deal with multiple iconic dance talent: Christopher Walken, Napoleon Dynamite, Pee-Wee Herman, Kevin Bacon, Channing Tatum, etc.



- **OPTION 3**

  Variety of dance talent capable of showcasing all of the iconic moves from each era. We'll move through one continuous set with art direction that transforms to reflect each era.
  *NFL Calendar*: https://www.youtube.com/watch?v=ouaGHa0Tiol
  *AT&T Wes Anderson*: https://www.youtube.com/watch?v=C2zn-8KAiro

- For a sense of just how much fun something like this can be, check out the below compilation of the greatest movie dance moments. *Movie Dance Compilation*: https://www.youtube.com/watch?v=9l5TrAXScbE

- The other option is to license music from each era and create a mash-up.




### PEPSI | "JOY OF DANCE" | TV :30 / DIGITAL :60

Camera is locked off and giant circular set rotates left to right as if on a giant "LAZY SUSAN"

INT. 1950s DINER. **CHRISTOPHER WALKEN**, dressed smartly in a 50s style suit with a skinny tie, cracks open an ice-cold Pepsi in a vintage glass bottle and takes a drink.

MUSIC UP:   JOY OF PEPSI ANTHEM – Doo-wop style (:05)

YOUNG AMERICAN GRAFFITI-ERA CO-EDs appear around WALKEN as they all dance the jitterbug together. The set rotates to reveal a new backdrop…

MUSIC:   JOY OF PEPSI ANTHEM – Motown / Rock N' Roll style (:05)

EXT. 1960s DETROIT. WALKEN is surrounded by classic cars and dances the twist with WOMEN in sequin dresses. He grabs a 1960s-era Pepsi and takes a sip. The set rotates to reveal a new backdrop…

MUSIC:   JOY OF PEPSI ANTHEM – Disco style (:05)

INT. 1970s DISCO. WALKEN is surrounded by men in bellbottoms and women on roller skates. He channels Travolta in Saturday Night Fever as someone hands him a 1970s era Pepsi bottle. The set rotates to reveal a new backdrop…

MUSIC:   JOY OF PEPSI ANTHEM – 80s Michael Jackson style (:05)

EXT. DARK ALLEY. WALKEN is surrounded by 1980s "CRIMINALS" and does his best Michael Jackson moves. A 1980s Pepsi machine glows in the background. The set rotates to reveal a new backdrop…

MUSIC:   JOY OF PEPSI ANTHEM – 90s/00s Dance (:05)

EXT. MODERN HOUSE PARTY. WALKEN is surrounded by present day millennials, he's on the dance floor doing some pop-and-lock. Someone hands him a modern-day Pepsi, he wipes his brow and takes a long, refreshing drink.

Camera cranes up and reveals the entirety of this amazing set. From above, we now see that the giant circular set forms the shape of the PEPSI GLOBE (each setting w/ art direction and wardrobe in red, white or blue such that the colors of the globe match the logo).

END CARD:  PEPSI GLOBE SET morphs into PEPSI GLOBE LOGO


