UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BETTY, INC.,

                        Plaintiff,

          -against-

PEPSICO, INC.,

                       Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/19

16 CIVIL 4215 (VB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 13, 2019, Pepsi's motion for summary judgment is granted; accordingly, the case is closed.

**Dated:**   New York, New York
          November 14, 2019

                                               **RUBY J. KRAJICK**
                                               _____
                                                  **Clerk of Court**
                           **BY:**
                                                  _____
                                                   **Deputy Clerk**